MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  13-70301-02 MAG |
|   Plaintiff, ) | STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO MAY 17, 2013 at 9:30 a.m. |
| vs. ) | |
| SAMANTHA E. LEWIS, ) | |
|   Defendants. ) | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Samantha E. Lewis to May 17, 2013 at 9:30 a.m. before the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest and that it is not in his client's best interest for the United States to present an indictment before the current April 10, 2013 preliminary hearing date.  The parties agree that –  taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that he has spoken with his client, and that Ms. Lewis agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: April 1, 2013                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                         /s/
                                        RODNEY C. VILLAZOR
                                        Assistant United States Attorney

                                         /s/
                                        MARK ROSENBUSH
                                        Attorney for Samantha E. Lewis

**IT IS SO ORDERED.**

DATED:   4/1/13                         _Kandis Westmore_
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge