1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RODNEY C. VILLAZOR (NYBN 4003596)
   Assistant United States Attorney
5
    1301 Clay Street, Suite 340-S
6   Oakland, CA  94612
    Telephone: (510) 637-3689
7   Fax: (510) 637-3724
    E-mail: rodney.villazor@usdoj.gov
8

9  Attorneys for Plaintiff

10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                               OAKLAND VENUE
14
                                                    CR13-0315-YGR-2
15  UNITED STATES OF AMERICA,        )     No.  13-70301-02 MAG
                                     )
16     Plaintiff,                    )     STIPULATED MOTION AND
                                     )     [PROPOSED] ORDER CONTINUING
17  vs.                              )     PRELIMINARY HEARING OR
                                     )     ARRAIGNMENT DATE AND WAIVING
18  SAMANTHA E. LEWIS,               )     TIME UNDER SPEEDY TRIAL ACT TO
                                     )     MAY 23, 2013 at 9:30 a.m.
19     Defendants.                   )
                                     )
20                                   )
                                     )
21

22      With the agreement of the parties, and with the consent of the defendant, the Court enters

23  this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

24  preliminary hearing date for Defendant Samantha E. Lewis to May 23, 2013 at 9:30 a.m. before

25  the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing the

26  arraignment or preliminary hearing is in his client's best interest.  The parties agree that – taking

27  into account the public interest in prompt disposition of criminal cases – good cause exists for

28  this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Undersigned defense counsel represents that he has spoken with his client, and that Ms. Lewis agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: May 16, 2013                     Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                         /s/
                                        RODNEY C. VILLAZOR
                                        Assistant United States Attorney

                                         /s/
                                        MARK ROSENBUSH
                                        Attorney for Samantha E. Lewis

**IT IS SO ORDERED.**

DATED:   5/16/13                        KANDIS A. WESTMORE
                                        United States Magistrate Judge