MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00315 YGR |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO SET STATUS CONFERENCE ON JULY 11, 2013 |
| SAMANTHA LEWIS, ) | |
|     Defendant. ) | |

     The defendant, SAMANTHA LEWIS, represented by Mark Rosenbush, Esquire, and the government, represented by RODNEY VILLAZOR, Assistant United States Attorney, appeared before U.S. Magistrate Judge Kandis A. Westmore on May 23, 2013 for an arraignment. The parties represented that discovery had been produced to the government, and the matter was continued to June 20, 2013 at 2:00 p.m. before the Court for a status conference.

     The parties hereby request that the status conference be continued to July 11, 2013. Since the scheduling of the status conference, counsel for the defendant has become unavailable due to a recent purchase of a new residence and the upcoming move. Accordingly, the parties

STIPULATION AND EXCLUSION OF TIME
CR 13-00315 YGR

1

1  request the status conference be moved to July 11, 2013, the first available date for defense
2  counsel.  Additionally, defense counsel requests that time be excluded under the Speedy Trial
3  Act between June 20, 2013 and July 11, 2013 for continuity of counsel.  The government states it
4  has no objection to excluding time.

5       Based upon the representation of counsel and for good cause shown, the Court finds that
6  failing to exclude the time between June 20, 2013 and July 11, 2013 would unreasonably deny
7  the defendant continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C.
8  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
9  time between June 20, 2013 and July 11, 2013 from computation under the Speedy Trial Act
10 outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
11 HEREBY ORDERED that the time between June 20, 2013 and July 11, 2013 shall be excluded
12 from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14 DATED:  June 10, 2013                     Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        */s/ Rodney C. Villazor*
                                        RODNEY C. VILLAZOR
                                        Assistant United States Attorney

                                        */s/ Mark Rosenbush*
                                        MARK ROSENBUSH
                                        Attorney for Samantha Lewis

STIPULATION AND EXCLUSION OF TIME
CR 13-00315 YGR

1

**ORDER**

2 Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until July 11, 2013.

**IT IS SO ORDERED.**

DATED: June 10, 2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 13-00315 YGR

3