MARK ROSENBUSH
Law Offices of Mark Rosenbush
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorneys for Defendant
SAMANTHA LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>        Plaintiff,                              )<br>                                                         )<br>   vs.                                              )<br>                                                         )<br>SAMANTHA LEWIS,                      )<br>                                                         )<br>        Defendant.                         )<br>_____) | No. CR-13-0315-YGR (CR-13-70301-mag)<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF CONDITIONS OF RELEASE** |

      IT IS HEREBY STIPULATED by the parties in the above-entitled action that Defendant SAMANTHA LEWIS'S conditions of pre-trial release, limiting her travel to the Northern District of California, be modified such that defendant Lewis can travel from Concord, California, to Reno, Nevada, on July 18, 2013, and return to Concord on July 22, 2013.

      The purpose of this trip is for Ms. Lewis to vacation with her three year old daughter. Mr. Lewis has not previously sought permission to travel outside the Northern District of California.

      Defendant Lewis has provided her U.S. Pretrial Services officer, Tim Elder, with the hotel in Reno where she will be staying during this trip (the Sands Inn), as well as her travel schedule.  Mr. Elder has indicated to counsel for Ms. Lewis that he has no objection to Ms.

*Lewis: Travel Stip & Order*                                                                                                                                 1

Lewis's travel plans, and that Ms. Lewis could so represent in this application. The government has also stated that it has no objection to this request.

    IT IS FURTHER STIPULATED that Defendant Lewis will report to her Pretrial Services officer as directed by him upon her return from Reno on July 22, 2013.

Dated: July 9, 2013.

/s/ Mark Rosenbush

MARK ROSENBUSH
Attorney for Defendant
SAMANTHA LEWIS

Dated: July 9, 2013.

/s/ Rodney Villazor

RODNEY C. VILLAZOR
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: July __15__, 2013.

HON. KANDIS A. WESTMORE
United States Magistrate Judge

*Lewis: Travel Stip & Order*      2