1 | MARK ROSENBUSH
Attorney at Law, CSB 72436
2 | 214 Duboce Avenue
San Francisco, CA 94103
3 | Tel: (415) 861-3555
Fax: (415) 255-8631
4

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-00315 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Stipulation and [Proposed] |
| | ) | Order Continuing Appearance |
| vs. | ) | Date and Excluding Time |
| | ) | Pursuant to 18 U.S.C. § 3161 |
| SAMANTHA LEWIS | ) | |
| Defendant. | ) | |

Defendant SAMANTA LEWIS, represented by Mark Rosenbush, and the government, represented by AUSA Rodney Villazor, appeared on September 16, 2013 for a change of plea. The matter was continued to October 7 for change of plea, and the Court indicated that if there is no plea agreement then the matter would be transferred back to Judge Gonzalez Rogers. Defense counsel inadvertently agreed to set the matter on a date/time when he already had a matter set (U.S. v. Livia Lill, CR 13-0448 TEH).

For that reason the parties agree and request that the October 7 appearance be taken off calendar, and that the change of plea be calendared for October 21, 2013, on this Court's 2:30 calendar. Additionally, the defense requests that the time from October 7 until October 21, 2013 be excluded for adequate preparation and continuity of counsel. The government agrees to

1

1  the requested exclusion of time.

2

3                                          MELINDA HAAG
                                           United States Attorney
4

5  Dated: September 20, 2013              _____/s/_____
                                           RODNEY VILLAZOR
6                                          Assistant United States Attorney

7

8  Dated: September 20, 2013              _____/s/_____
                                           MARK ROSENBUSH
                                           Attorney for Defendant
9                                          SAMANTHA LEWIS

10

11

12

13                              [PROPOSED] ORDER

14       Based on defense counsel's unavailability, the stipulation of the parties above,  and for

15  adequate preparation and  continuity of counsel, IT IS HEREBY ORDERED that the change of

16  plea in this matter is continued to 2:30 p.m. on October 21, 2013.  Furthermore, based on the

17  representations of counsel and for good cause, the Court finds that failing to exclude time

18  between October 7, 2013 and October 21, 2013 would unreasonably deny the defendant

19  adequate preparation and continuity of counsel, taking into account the exercise of due diligence.

20  18 U.S.C. §3161 (h)(7)(B)(iv).  The Court further finds that the ends of justice served by

21  excluding time for this period outweigh the best interest of the public and the defendant in a

22  speedy trial.  Therefore IT IS HEREBY ORDERED that the time between October 7, 2013 and

23  October 21, 2013 shall be excluded from the computation under the Speedy Trial Act, U.S.C. §

24  3161(h)(7)(A) and (B)(iv).   If the parties wish, a guilty plea could be
    scheduled earlier before the duty magistrate judge in Oakland.

25

26  Dated: _9/24/2013_                     _____
                                           Hon. CLAUDIA WILKEN
27                                         United States District Judge

28

                                                                                2