MARK ROSENBUSH
CSB 72436
214 Duboce Avenue
San Francisco, California 94103
Tel: (415) 861-3555
Fax: (415) 255-8631

Attorney for Defendant
SAMANTHA LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAMANTHA LEWIS, ) <br> ) <br> Defendant. ) <br> ) | No. CR-13-0315-CW <br><br> **EX PARTE MOTION TO CONTINUE SENTENCING** <br><br> **[N.D. Cal. Crim. Local Rule 47-3]** |

Based on the declaration of Counsel Mark Rosenbush filed herewith and the agreement of the United States Attorney, defendant SAMANTHA LEWIS hereby moves the Court, on an *ex parte* basis pursuant to Criminal Local Rule 47-3, to continue the date for Ms. Lewis's sentencing from February 10, 2014, to March 31, 2014, **at 2:30 p.m.** This continuance is necessitated by the unavailability of defense counsel.

Dated: January 10, 2014.

                     /s/ Mark Rosenbush

                     MARK ROSENBUSH
                     Attorney for Defendant
                     SAMANTHA LEWIS

**IT IS SO ORDERED.**

Dated: January __13__, 2014.

                     Claudia Wilken
                     United States District Court Judge